No. D–1025.   IN RE DISBARMENT OF BOXER.   It is ordered that Harry Boxer, of Lomita, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1026.   IN RE DISBARMENT OF GALLAGHER.   It is ordered that Dennis William Gallagher, of New Rochelle, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1027.   IN RE DISBARMENT OF SAGEN.   It is ordered that Burt H. Sagen, of Parma, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1028.   IN RE DISBARMENT OF WEBER.   It is ordered that John Anthony Weber, Jr., of Westwood, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.